THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Denard Taylor, Appellant.
 
 
 

Appeal from Sumter County
 Howard P. King, Circuit Court Judge 
Unpublished Opinion No. 2008-UP-352
Submitted July 1, 2008  Filed July 10,
 2008   
APPEAL DISMISSED

 
 
 
 Robert M. Pachakof Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans
 Jr., and J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Denard Taylor appeared before Judge
 Howard P. King in Sumter County for a probation revocation hearing on a
 probationary sentence for assault and battery of a high and aggravated nature. 
 The balance of Taylors probationary sentence was revoked.  On appeal, Taylor argues his constitutional due process rights were
 violated because his probation was revoked without the benefit of a preliminary
 hearing.  Taylor did not file a pro se brief.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.